IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES E. ASKEW                                  PLAINTIFF

v.                      No. 4:18-cv-751-DPM

CHARLES JACKSON, Supervisor,
Rock Region Metro; LOYD BARMAM,
Supervisor, Rock Region Metro;
OSCAR CORREA, Assistant Director,
Rock Region Metro; TINA MOSELEY,
Supervisor, Rock Region Metro; JARED
VARNER, Supervisor, Rock Region Metro;
JOHNNIE WESLY, Supervisor, Rock
Region Metro; WILSON VAUGH,
Supervisor, Rock Region Metro; DONNA
BOWERS, Executive Director, Rock
Region Metro; and CYNTHIA TODD,
Bus Driver, Rock Region Metro                   DEFENDANTS

## JUDGMENT

Askew's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2018